## SYRACUSE POLICE DEPARTMENT

DATE: 16 FEB 15

TO: (X) ALL MEMBERS  ( ) OTHER:        [ ] MO # _____

( ) ALL COMMAND OFFICERS        [ ] TOP # _____

       [X] PO # 2015-074

SUBJECT: ADMINISTRATIVE SUSPENSION

OBJECTIVE: TO INFORM ALL MEMBERS

All members of the department are hereby advised that **P.O. Chester Thompson** has been placed on Administrative Suspension effective 1900 hrs. Sunday, 15 February, 2015 until further notice.

Frank L. Fowler
Chief of Police

FLF/jh

INDEX: Administrative Suspension

Form 10.7 (Rev. 11/86)