**SYRACUSE POLICE**
**DISCIPLINE REPORT**

A. **Employee Information**   DATE: 23 Feb 15   Delinquency: D# 4715

Name: Thompson, Chester   Rank: P.O.   IBM: 0154   OOP.S.# 15-13

Bureau: Uniform   Section: Patrol 2nd

**Violation**

Date Time Of violation: 14 February 15

Rules & Regulations Violated: Volume 1, Art. 4 Section 1.16A (Unbecoming Conduct).

**Brief Statement of Violation:** On 14 February 15 while on duty and during the course of his official duties, Officer Thompson did engage in sexual intercourse and fellatio with a female complainant while conducting an investigation at her residence.

Name: Galvin, T.   Signature: _[signed]_   IBM: 226   Rank: Capt.   Date: 23 Feb 15

C. Division Command Officer Review:

Name: Sweeny, J.   Signature: _____   IBM: 157   Rank: Capt.   Date: _____

**RECOMMENDATION:** _____

D: Bureau Deputy Chief's Review:
**RECOMMENDATION:** _____

Name: Thompson, R.   Signature: _____   IBM 375   Rank: D/C   Date: _____

E: First Deputy Chief Review:
Recommendation: _____

Name: Barrette, D   Signature _____   IBM 449   Rank 1stD/C   Date _____

F. Chief of Police Review:
   Recommendation: _Termination_

Name: Fowler, F. L.   Signature: _[signed]_   IBM 413   Rank Chief   Date 23 Feb 15

G.
Discipline Served by: _[signed] Capt Thomas Galvin_   Date 24 Feb 15   time 1300
Discipline Re-Served by;   Date _____   time _____
Reason: _____

Arbitration Notice Received: _____   Date: _____
Form 9.17 (Rev. 6/92).0