# SYRACUSE POLICE DEPARTMENT

## Inter-Departmental-Memo

24 February 2015

**To:** Lieutenant John Hamblin

**From:** Captain Thomas Galvin
Office of Professional Standards

**Subject:** Suspended pending termination PO Chester Thompson #154

---

As a result of Disciplinary Reports D#4715, Police Officer Chester Thompson is suspended without pay pending termination.

Police Officer Chester Thompson is suspended effective 1300 hours, 24 February 2015.

Per Orders of the Chief of Police

*[signature]*
Captain Thomas C. Galvin
Office of Professional Standards

**Signed**_____ **Date**_____

**Approved**_____ **Date**_____