STATE OF NEW YORK
COUNTY OF ONONDAGA - CITY OF SYRACUSE
CERTIFICATE OF CONVICTION/DISPOSITION

No. 29952

January 11, 2016

I, Laura Delvecchio, certify that a judgment of conviction and/or disposition has been entered in this court (CPL 60.60) against:

CHESTER THOMPSON, Defendant, DOB: [REDACTED] 1968   Docket# 2015-01616   DR# 15-178542   Arrested: 03-12-2015   Arraigned: 03-12-2015 By Judge: HON. MARY ANNE DOHERTY   ADJ: 12-16-2015   SENTENCING JUDGE: HON. RORY A. MCMAHON

-AM-  OFFICIAL MISCONDUCT PL-195.00
Disposition: 09-30-2015 -- PG
Sentence: 12-14-2015 -- P,OP/5Y -- PROB(YR) 3

Fine(s):                       $      .00
Mandatory Surcharge(s): $   250.00

Witness my hand and the seal
of said court this day
January 11, 2016

Prepared by: *Laura Delvecchio*

*Laura Delvecchio,*
Court Clerk

STATE OF NEW YORK
COUNTY OF ONONDAGA
CITY OF SYRACUSE
I, Laura Delvecchio, CLERK OF THE CITY COURT OF THE CITY OF SYRACUSE, N.Y., DO HEREBY CERTIFY THAT THE WITHIN IS A TRUE COPY OF THE ORIGINAL NOW ON FILE IN THIS OFFICE.
DATED: January 12, 2016

*Laura Delvecchio* CLERK