1

# SYRACUSE POLICE DEPARTMENT

## Office of Professional Standards

### CASE REPORT: 14- 81

### DATE: 30 May 2014

**REPORT TO:**      Chief of Police Frank L. Fowler

**INVESTIGATION BY:**  Captain Thomas Galvin

**COMPLAINANT:**      Popcun, Patricia
Popcun-Roach, Melissa
██████████ Street
Syracuse, N. Y.

**COMPLAINT:**      Demeanor

**INVESTIGATION:**      On 30 May 14 Sgt. Stehle notified this writer of a concern expressed by the above Patricia Popcun over the alleged activities of an unidentified Syracuse police officer and her thirty five year old daughter Melissa Popcun Roach. Mrs. Popcun (██████████) is employed at the Summit federal Credit Union that many Syracuse police officers belong to. On the above date she expressed her concerns to Officer Carbone who notified Sgt. Stehle.

Mrs. Popcun related that her daughter Melissa has been diagnosed a being Bi-polar and she also abuses cocaine and alcohol. Melissa is separated from her husband and their child is being raised by Mrs. Popcun and her husband. Melissa told her father and mother in separate conversations that she met a police officer on Sunday morning (6/1/14) who was at a call near her home on Cayuga Street. She said the officer "flirted" with her so she invited him to her apartment at ██████████ Street. The officer was made aware of Mellissa's past involvement with the police and offered to erase her record if she performed oral sodomy on him. She performed the act and the officer left. She only described the officer to her parents as having worn a wedding ring.

Mrs. Popcun related upon speaking with this writer that her daughter later refuted the claim and said it did not happen.

2

Mellissa also refused to meet with any police officers investigating her claim. Mrs. Popcun went to her daughter's apartment and found no evidence of the occurrence. Her daughter was also intoxicated at that time and was off her medication for her Bi-Polar disorder.

It was found that on Sunday 1 Jun 14 Officers Thompson and Nicolini were at 101 Cayuga Street on an animal complaint from 0756 hrs, until 0945 hrs, returning to service on a code eight.

Of the two, only Officer C. Thompson IBM 154 wears a wedding ring.

Mrs. Popcun believed that while her daughter is mentally competent and can give consent, she is vulnerable because of her substance abuse and her mental state and she felt that the officer took advantage of that.

Officer Nicolini was interviewed on 9 Jun 14 in the OoPS. He stated that there was a long delay before animal control came for the pit bull that had been found running loose. While at the call an obviously intoxicated woman named Melissa approached and said she knew who owned the dog. She did not know how to reach the owner though and went back to her home. Officer Thompson went to her apartment ostensibly to find out if she had any more information but he returned about 10-15 minutes later with no more information.

Officer Thompson, who had been off for several days was interviewed on 11 June 14 at the OoPS. He admitted going to the woman's apartment at ███████ Street to attempt to gain knowledge of the dog's owner or the owner of the building where it had been found. Officer Thompson knew the woman's name to be Melissa Popcun and that her mother worked at the Summit Credit Union. He denied any impropriety occurred but found she could offer no useful information. He denied offering to "erase" her criminal record in exchange for sex. Both Nicolini and Thompson submitted 10.1's attached here-to.

**CONCLUSION:** The allegation was brought to the OoPS as hear-say and unfortunately the complainant Melissa Popcun was not available for interview. Her mental instability would bring the truthfulness of her account into question as she retracted her accusations to her parents soon after they were made. Officer Thompson and I discussed at length the fact that any allegation of impropriety could be prevented by using basic common sense and avoiding certain situations. He was reminded of the penalties should such conduct be verified as true. He understood the Departments concerns.

3

OoPS# 14-81

**Recommendation:** Case Closed - Unsubstantiated

_____
Investigating Officer's
Signature

_____
Bureau Chief's
Acknowledgment

_____
First Deputy Chief's
Acknowledgement

_____
Chief of Police
Acknowledgement

**SYRACUSE POLICE DEPARTMENT**
Inter-Departmental-Memo

DR#   -

TO:  Capt Galvin                                    DATE:  06/02/2014

FROM:  Ofc Carbone

SUBJECT:  Information

---

Sir.

On Mon 02 June 2014 at about 1140 hrs I stopped in to The Summit Credit Union on E Genesee St. I was approached by the Branch Manager, Patty Popcun, who was visibly upset. Popcun advised me that she and her husband were very upset over an incident that involved their daughter and a Syracuse Police Officer.

Popcun explained that her daughter lives at ███████ St. Popcun stated that she was told by her daughter that sometime over this past weekend a Syracuse Police Officer was at her daughter's residence looking for a lost dog. Popcun stated; as relayed by her daughter, that the male officer was flirting with her (daughter). Popcun's daughter told her that she gave the male officer a "blow job" and was told by the officer that he will expunge her criminal record in exchange for this "blow job".  Popcun stated that her daughter told her that the male officer had a wedding ring on. Popcun was crying and relayed to me that she is very upset about this because she feels that her daughter was taken advantage of by a police officer. Popcun stated that her daughter is not in a stable frame of mind because she is having issues with substance abuse.

I advised Popcun that we (the Police) don't normally respond to lost dog calls but I would look in the computer to see if we (police) did respond to ██████ St over the weekend. I went to my patrol vehicle computer and saw that the police did respond to ███████ t St over the weekend regarding an Animal complaint, DR #14-304485. In the notes of this call  it appeared that the police were looking for a pitbull in the area. I relayed to Popcun that the police did respond to ███████ St in regards to an animal complaint. Popcun advised me that she wants this issue dealt with and looked in to. I advised Popcun that I would be turning this over to my Sgt (Stehle). Popcun did ask me for the officer's name that responded to this call and I advised her that I could not give her that information.

I contacted Sgt Stehle who responded to the Summit Credit Union to continue the investigation. See other reports.

Respectfully submitted,

Ofc C Carbone

Signed  ⎯⎯⎯⎯⎯⎯⎯⎯   Date  02 Jan 14

Approved  _____   Date  _____

Page 1 of 1

### SYRACUSE POLICE DEPARTMENT
#### Inter-Departmental-Memo

DR#  14-304485

TO:  Captain Galvin

DATE: 06/11/2014

FROM:  Police Officer Chet Thompson

SUBJECT:  Request for information

Sir.

Regarding your request for information pertaining to the above DR- at the above incident I responded along with officer Nicolini to ▆▆▆▆▆ St regarding an animal losse pit-bull complaint.

Upon arrival, Officer Nicolini informed me that a large loose pit bull was just inside the doorway of ▆▆▆▆▆▆ St. There was a white female standing outside of his vehicle who was identified as Melissa Popcun. I have had opportunity to speak with Melissa Popcun on a few occasions over the years but do not know her personally. Popcun was speaking in loud tones and I heard officer Nicolini instruct her to return to her residence across the street for her own safety. Popcun reluctantly then left the street and returned to her residence. Officer Nicolini contacted animal control who stated they would be several minutes as they had to call in one of the animal control officers.

Prior to returning to her residence Popcun had mentioned that the owners of the pit bull had moved out or were evicted the day before. As we were unsure of who the owners of the dog were or whom the landlord or property owners were I responded to Popcun's residence to ask if she knew the landlord or whom the owners of the dog were. I went to the upstair apartment where I spoke with Popcun in what appeared to be a front living room. I spoke briefly with her for approximately 10 minutes regarding the neighbors dog. Popcun could provide no further pertinent information regarding our call. At no time did I have any personal contact with her. I concluded my interview with her and then returned out front.

Approximately 20 minutes passed and animal control arrived. The Animal control officer succesfully removed the pit bull and was attempting to place the large animal in the cage of the animal control vehicle when Popcun emerged from her residence and began screaming at the animal control officer not to hurt the dog. We instructed Popcun that she would be arrested if she did not return to her residence. Popcun remained loud but then cooperated and returned to her residence without further incident.

Signed _____  Date 6-11-14

Approved _____  Date _____

10 1  7/69

Page 1 of 01

**SYRACUSE POLICE DEPARTMENT**
Inter-Departmental-Memo

DR#      -

TO:  Capt T Galvin

DATE: 06/09/2014

FROM:  PO T Nicolini

SUBJECT:  101 Cayuga ST

Sir,

On 01 June 2014 , at 0756 hours, while working Unit 432 I responded with Unit 431 Ofc C Thompson to ▮▮▮▮▮▮
ST , regarding an Animal Compliant.
Upon my arrival , I observed a very large aggressive brown pit bull on the porch at ▮▮▮▮▮▮ ST. I spoke to the 85 , I
didn't get their name however they were Hispanic . They advised me that the tenants at ▮▮▮▮▮▮ ST moved out the
day before and left the pit bull behind. I spoke from my patrol vehicle and didn't exit the vehicle . This residence had the
front door wide open and there was trash and junk all over the place. I did activate my police siren hoping that there may
have been a person in the house that could retrieve the dog. There wasn't and that just made the dog more agitated. I then
contacted the Dog Control Officer via DATA .
Per Data the Dog Control Officer had to be paged in and that it would take roughly 45 minutes for her to arrive. As we
were awaiting for the Dog Officer , A Melissa , from ▮▮▮▮▮▮ ST came out of her residence. It appeared that Melissa
was intoxicated as she was stumbling when she walked and there was alcohol on her breath. I told Melissa to leave this
area due to the aggressive dog. Melissa refused and then eventually went back inside.
Ofc Thompson then went to Melissa apartment for roughly 10 -15 minutes. The control Officer arrived and was able to
use the catch pole and secure the dog. The dog control officer struggled with the dog and subsequently got the dog into
the truck. During this time , Melissa came back out and began to yell at the Dog Control Officer , we advised Melissa if
she didn't step back out of the road she would be arrested. Melissa did listen and went back inside.
After the dog control Officer left , a W/F came out the house west of ▮▮▮▮▮▮ ST . She said her name was Tracy and
that she heard the dog barking all night long , however didn't know the owners name. This call was cleared a code -6 at
0945 hours.

Respectfully Submitted
PO Thomas Nicolini #390

Signed _____   Date 07Jun14

Approved _____   Date _____

10.1  7/69

```
PROGRAM JD67              SYRACUSE POLICE DEPARTMENT          DATE: 06/03/14
T GALVIN                  OFFICER ACTIVITY DETAIL BROWSE      TIME: 08:28:34
AGY: 01  OFFICER: 0390 NICOLINI,THOMAS      WDATE: 06/01/2014    PAGE:   1
UNIT/WATCH: 432B B IN-SER DATE/TIME: 06/01/2014 07:16:05 OFF-SER TIME: 16:06:44
 ACT   AGY/DR      FA CD     DATE    DISP   CLEAR   LOCATION          POST
 IN                        06012014 071605            LOGGED ON - 432B
 AM                        06012014 071606
 OUT                       06012014 071624            GAS
 AM                        06012014 072529
 BURGA 01 14304462 09      06012014 072532 075544 701 W  BELDEN AV SYR 432
 ANMLA 01 14304485 10      06012014 075558 094430 101 CAYUGA ST    SYR 431
 DETL  01 14304564 41      06012014 095231 102118 511 S  STATE ST  SYR 741
 SUTCC 01 14304586 06      06012014 102218 112855 1615 W  GENESEE  SYR 431
 DOMPA 01 14304642 04      06012014 113117 114832 407 S  WARREN ST SYR 480
 ALRBB 01 14304656 10      06012014 114844 122423 559 STATE FAIR B SYR 431
 FIREC 01 14304719 08      06012014 125059 131524 1000 W  GENESEE  SYR 432
 HARRA 01 14304772 ??      06012014 133544 133607 1 DESTINY USA DR SYR 490
 HARRA 01 14304777 15 29*  06012014 133557 160642 1 DESTINY USA DR SYR 490
 OFF                       06012014 160644            LOGGED OFF - 432B


SELECT LINE WITH "I" SENDS TO "DSI"
FUNCTION: ODB   AGY: 01   OFFICER: 0390   DATE: 06/01/2014   WATCH: B
** END OF DATA.                               PF7 PREV DAY PF8 NEXT DAY
```

```
PROGRAM JD67              SYRACUSE POLICE DEPARTMENT            DATE: 06/03/14
T GALVIN                 OFFICER ACTIVITY DETAIL BROWSE         TIME: 08:26:49
AGY: 01  OFFICER: 0154 THOMPSON,CHESTER     WDATE: 06/01/2014   PAGE:    1
UNIT/WATCH: 431B B IN-SER DATE/TIME: 06/01/2014 06:20:24 OFF-SER TIME: 13:57:24
 ACT   AGY/DR      FA CD     DATE    DISP   CLEAR   LOCATION         POST
 IN                        06012014 062024         LOGGED ON - 431B
 AM                        06012014 062025
 STOP  01 14304452 ??      06012014 065652 075603 914 SPENCER ST    SYR 490
 ANMLA 01 14304485 08      06012014 075603 094505 101 CAYUGA ST     SYR 431
 CHLDC 01 14304546 15      06012014 094526 135715 213 YALE AV       SYR 3611
 DOMPA 01 14304642 10      06012014 113242 114834 407 S  WARREN ST  SYR 480
 ALRBB 01 14304656 09      06012014 114841 122420 559 STATE FAIR B  SYR 431
 OFF                       06012014 135724         LOGGED OFF - 431B
```

```
SELECT LINE WITH "I" SENDS TO "DSI"
FUNCTION: ODB    AGY: 01    OFFICER: 0154    DATE: 06/01/2014    WATCH: B
** END OF DATA.                                    PF7 PREV DAY PF8 NEXT DAY
```