## Incident Summary Report
### AGY/DR: E1 15-158742 INCIDENT TYPE: RAPE

Source:             ON VIEW              CAD Unit Count:              01

Complaint Received Date: 02/26/2015 Day: TH Time: 09:40

Occur Date: 02/15/2015 Day: SU Time: 12:03 TO 02/15/2015 Day: SU Time: 12:03

Final Action Codes: 13,15X,18,WD

### *** DISPATCH LOCATION ***

736 IRVING AVE, SYRACUSE, CROUSE HOSPITAL

Agency: SYRACUSE POLICE DEPARTMENT            Beat/Post: 672,4559            RA: 176

### *** INCIDENT LOCATION ***

736 IRVING AVE, SYRACUSE, CROUSE HOSPITAL

Agency: SYRACUSE POLICE DEPARTMENT            Beat/Post: 672,4559            RA: 176

### *** FIELD REPORTS ***

| Type | Field Report(s) | Agy | Officer | Insert Date | Time | Address |
|------|-----------------|-----|---------|-------------|------|---------|
| HISTORICAL | NONE | E1 | | 02/15/2015 | 00:00 | 736 IRVING AVE  SYR |

### *** INVOLVED PERSONS ***

| SEQ | TYPE | NAME | | CITY | | AFF |
|-----|------|------|---|------|---|-----|
| 001 | COMPLAINANT | COLE, MACY | | | | N |

### *** NOTES ***

| | |
|---|---|
| LOC INFO: ER ROOM 3 | Entered: 02/15/2015 12:03   By: ONG ID: null |
| ** CASE NUMBER SHP15158742 HAS BEEN ASSIGNED FOR C YP:CYPS | Entered: 02/15/2015 12:03   By: E9 ID: DBUR |
| CYP - C/C WHO IS A SOCIAL WORKER - PT IS MALEATRA MONTANEZ ⬤/75 - SHE IS STATING SHE WAS RAPED BY AN OFFICER WHO CAME TO HER APT TO TAKE A REPORT - SAID IT OCCD YESTERDAY - CALLER BELIEVES IN THE A FTERNOON - BELIEVES THE LAST NAME OF THE OFFICER I S THOMAS | Entered: 02/15/2015 12:03   By: E9 ID: DBUR   Entered: 02/15/2015 12:03   By: E9 ID: DBUR   Entered: 02/15/2015 12:03   By: E9 ID: DBUR   Entered: 02/15/2015 12:03   By: E9 ID: DBUR   Entered: 02/15/2015 12:03   By: E9 ID: DBUR   Entered: 02/15/2015 12:03   By: E9 ID: DBUR |
| OCCD IN APT 2007 | Entered: 02/15/2015 12:03   By: E9 ID: DBUR |
| ** PER SEARCH COMPLETED AT 02/15/15 12:03:40 | Entered: 02/15/2015 12:03   By: E9 ID: DBUR |
| 431B WAS FLAGGED DOWN BY COMP YESTERDAY FOR A DISP | Entered: 02/15/2015 12:07   By: E9 ID: DBUR |
| UNDER DR 15-157471 | |
| TA CONTACTING 412B AT THE FRONT DESK | Entered: 02/15/2015 12:07   By: E9 ID: DBUR |
| ** EVENT P15021500492 TRANSFERRED FROM CYP/CYPS TO CYP/CYPN AS P15021500492 AT 02/15/15 12:08:43 | Entered: 02/15/2015 12:08   By: E9 ID: DBUR |
| PER 412B GIVE CALLER THE NUMBER FOR INTERNAL AFFAI RS | Entered: 02/15/2015 12:08   By: E9 ID: DBUR   Entered: 02/15/2015 12:08   By: E9 ID: DBUR |
| 15-157471 WAS CLEARED ON A CODE 15 | Entered: 02/15/2015 12:10   By: E9 ID: DBUR |
| COMP HAS BEEN ADVISEDOF THE SAME. | Entered: 02/15/2015 12:10   By: E9 ID: DBUR |
| CREATED FROM CAD EVENT: P15021500492 | Entered: 02/15/2015 12:12   By: E9 ID: DBUR |
| INTR/X-ST:CHILDRENS CIR/WAVERLY AVE | Entered: 02/15/2015 12:13   By: E9 ID: DBUR   Entered: 02/15/2015 12:03   By: ONG ID: null   Entered: 02/15/2015 12:03   By: ONG ID: null |

### *** Remarks ***

DR CHANGE FROM 01 NOT ASND BY 02-1240 ON 02/26/15 AT 14:21 FOR FLUP            Entered: 02/26/2015            By: SHP ID: 1240
DATE 02/26/15 TIME 09:40:13

### *** FOLLOW UPS TO ORIGINAL INCIDENT ***

| ICN | COMP DATE | INCIDENT LOCATION | FINAL ACTIONS CODES |
|-----|-----------|-------------------|---------------------|
| 12659442 | 02/26/2015 | 736 IRVING AVE, SYRACUSE, CROUSE HOSPITAL | 13,18 |