

# DEPARTMENT OF LAW
## OFFICE OF THE CORPORATION COUNSEL
### CITY OF SYRACUSE, MAYOR BEN WALSH

December 3, 2019

**Kristen E. Smith**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Christina F. DeJoseph**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Kathryn M. Ryan
Ramona L. Rabeler
Todd M. Long
Lee R. Terry
Sarah A. Lafen
Mary L. D'Agostino

SENT ELECTRONICALLY VIA CM/ECF
Hon. Brenda K. Sannes, U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336

    Re:    *Montanez v. City of Syracuse, et al.*
           Index No. 6:16-cv-00550-BKS-TWD

Dear Judge Sannes:

Defendants City of Syracuse and Thomas Galvin respectfully request an extension to respond to Plaintiff's Motion for Attorney Fees (*see* Dkt. No. 181), moving the City's response date from December 16, 2019 to **January 16, 2019**. I conferred with Plaintiff's counsel, Mr. Sivin, yesterday and he consented to this request.

Thank you for your consideration in this matter.

Respectfully submitted,

    /s/
Todd M. Long
Assistant Corporation Counsel
Federal Bar Roll ID 519301

**Department of Law**
**Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office 315 448-8400
Fax    315 448-8381
Email  law@syrgov.net

**www.syrgov.net**

*Service of papers or process by facsimile or other electronic methods is not acceptable.*