

# DEPARTMENT OF LAW
## OFFICE OF THE CORPORATION COUNSEL
### CITY OF SYRACUSE, MAYOR BEN WALSH

January 30, 2020

**Kristen E. Smith**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Christina F. DeJoseph**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Kathryn M. Ryan
Ramona L. Rabeler
Todd M. Long
Lee R. Terry
Sarah A. Lafen
Mary L. D'Agostino
Sophie West
Sarah M. Knickerbocker

SENT ELECTRONICALLY VIA CM/ECF
Hon. Brenda K. Sannes, U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336

**Re:**   *Montanez v. City of Syracuse, et al.*
          **Index No. 6:16-cv-00550-BKS-TWD**

Dear Judge Sannes:

Defendants City of Syracuse and Thomas Galvin respectfully request an extension of time to respond to Plaintiff's Motion for Attorney Fees (*see* Dkt. No. 181) from January 30, 2020 to February 13, 2020. I have conferred with Plaintiff's counsel who consents to the extension.

Thank you for your consideration in this matter.

Respectfully submitted,

_____/s/_____
Christina F. DeJoseph
Senior Assistant Corporation Counsel
Federal Bar Roll ID 514784

**Department of Law**
**Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office  315 448-8400
Fax     315 448-8381
Email
law@syrgov.net

www.syrgov.net

*Service of papers or process by facsimile or other electronic methods is not acceptable.*