UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MALEATRA MONTANEZ,
Plaintiff,

vs.

CITY OF SYRACUSE, CAPTAIN THOMAS GALVIN, and CHESTER THOMPSON,

Defendants.

**6:16-CV-0550 (BKS/TWD)**

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL**

It is hereby stipulated and agreed by undersigned counsel that the above-captioned action and all associated claims brought by Plaintiff Maleatra Montanez shall be and are voluntarily dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: September 26, 2019

SIVIN & MILLER, LLP
*Attorneys for Plaintiff Maleatra Montanez*

By: s/Glenn Miller
Glenn Miller, Esq.
20 Vesey Street, Suite 1400
New York, New York 10007

DATED: September ____, 2019
HANCOCK ESTABROOK, LLP
*Attorneys for Defendants City of Syracuse and Thomas Galvin*

By: s/John G. Powers
John G. Powers, Esq.
100 Madison Street
Syracuse, New York 13202

DATED: September ____, 2019

SMITH SOVIK KENDRICK & SUGNET, P.C.
*Attorneys for Defendant Chester Thompson*

By: s/Kevin Hulslander
Kevin Hulslander, Esq.
250 S. Clinton St., Suite 600
Syracuse, NY 13202

**IT IS SO ORDERED.**

Dated September ___, 2019

_______________________________
Brenda K. Sannes
United States District Court Judge